| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 22 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 9/18/07 10:10:21-10:32:32 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>9/18/07 | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00126-MJJ |

### APPEARANCES

| DEFENDANT<br>AMMAR ABDO ALAMARI | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Harold Rosenthal (will be apptd.) | PD. ☐ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Chinhayi Coleman & George Bevan, Jr. | | INTERPRETER<br>Essam Elmahgoop (Arabic Int.) | | ☒ FIN. AFFT<br>**NOT** SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>14 Mins HELD | ☒ BOND HEARING<br>6 Mins HELD | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT<br>HEARING<br>2 Mins HELD |

### INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
SEP 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT<br>CTS. 1, 6-8, 9 & 10 | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☒ ISSUED 9/14/07<br>APPEARANCE BOND<br>MODIFIED FILED & | AMT OF SECURITY<br>$ 500,000 Unsecured<br>PR | SPECIAL NOTES | ☒ PASSPORT<br>SURRENDERED<br>DATE: 9/18/07 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY AS TO<br>CTS. 1, 6-8, 9 & 10 | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>10/18/07 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☒ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 p.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>MARTIN J. JENKINS | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☒ TIME WAIVED BY<br>DEFT. RE: SPEEDY<br>TRIAL ACT CALCULATION<br>BET. NOW & UNTIL 10/18/07<br>FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Request for discovery was made by the deft's atty. to the govt's atty. The govt's atty. shall provide the discovery to the deft's atty. ASAP. Imelda Ortiz, deft's girlfriend, understood and accepted the risks and obligations associated with her acting as a surety on the Bond and therefore signed the Bond. CJA Panel Counsel Harold Rosenthal will let the Court know as to when this matter will be restored back on calendar next week for deft's Submission of fin. affidavit and Atty. Appointment Hrg. DOCUMENT NUMBER:
cc: WDB's Stats, Debbie Maghoney for Monica Narcisse