# MAGISTRATE JUDGE MINUTE ORDER

DOCUMENTS UNDER SEAL: ☐
TOTAL TIME (mins): 15 Mins.

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/FTR |
|---|---|---|
| HON. WAYNE D. BRAZIL | Ivy L. Garcia | FTR: 9/26/07 10:11:59-10:26:59 |
| DATE: 9/26/07 | NEW CASE: ☐ | CASE NUMBER: CR-07-00126-MJJ |

## APPEARANCES

| DEFENDANT | AGE | CUST: No | P/NP: P | ATTORNEY FOR DEFENDANT | PD ☐  RET ☐  APPT ☒ |
|---|---|---|---|---|---|
| AMMAR ABDO ALAMARI | | | | Harold Rosenthal | |

| U.S. ATTORNEY | INTERPRETER | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
|---|---|---|---|
| George Bevan, Jr. | None | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|
| None | Taifa Gaskins | | |

## PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☒ BOND HEARING – 7 Mins HELD
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☒ ATTY APPT HEARING – 8 Mins HELD

FILED SEP 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME

## ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED
- ☐ WAIVER OF INDICTMENT FILED
- SUBSTANCE

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED
- ☐ CASH $
- ☐ CORPORATE SECURITY
- ☐ REAL PROPERTY:

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- ☐ GUILTY TO COUNTS:
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

## CONTINUANCE

TO: 11/1/07 (Date prev. set on 10/18/07 VACATED)
AT: 2:00 p.m.
BEFORE HON. MARTIN J. JENKINS

- ☐ ATTY APPT HEARING
- ☐ BOND HEARING
- ☐ STATUS RE: CONSENT
- ☒ STATUS / TRIAL SET
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☐ PRELIMINARY HEARING OR ARRAIGNMENT
- ☐ CHANGE OF PLEA
- ☐ OTHER
- ☐ DETENTION HEARING
- ☐ MOTIONS
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY / REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROB/SUP REV. HEARING

## ADDITIONAL PROCEEDINGS

Pret. Svcs. Officer T. Gaskins asked the Court if deft's release modifications should be modified to include drug testing. Ms. Gaskins told Court that during the deft's interview last Monday, the deft. declined to answer the question about his drug use. The deft. told Ms. Gaskins that he has been arrested for Possession and Sale of Hash (Pret. Svcs. still needs to follow-up on this info.) and been using medicinal marijuana for his back pain. The Court admonished the deft. that he must not use or possess any controlled substance or sell narcotics/controlled substance. The Court asked Pret. Svcs. to keep an eye on things re: the deft. and if there's any reason to be concerned about, then the Court will impose drug testing condition on the deft. if necessary.

DOCUMENT NUMBER:

cc: WDB's Stats, Debbie Maghoney for Monica Narcisse, Pretrial