UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CRIMINAL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: November 1, 2007

**Case No:** CR 07-00126-01 through -09 (all defendants)

**Case Title**: UNITED STATES v. HASSAN SWAID, et al.

**Appearances:**

    For the Government: George Bevan

    For Defendant(s): Paul Wolf (dfts Swaid & Rosemont), Randy S. Pollock (dft Aldhufri), Michael Thorman (dfts Al-Khalidi & A. Alamari), Juliana Drous (dft M. Amari), Martha Boersch (B. Ammari), Julie Salomon (dft N. Zoqari [not present]), Bert Carter (dft A. Al-Amari)

**Interpreter:**  Hany Farag (Arabic)           **Probation Officer:**

**Deputy Clerk**:  Rowena B. Espinosa            **Court Reporter**: Sylvia Russo

## PROCEEDINGS

1. Status Hearing (as to all defendants) - held
2. Hearing on Defendant Swaid's Appeal of Judge Brazil's Order - held

## SUMMARY

- The matter is continued to **Friday, 01/18/08 at 2:30 PM in OAK for Further Status**. Parties shall file a joint status statement 3 days prior.
- Time is excluded until Jan. 18, 2008 for effective preparation and continuity of counsel.
- Defendant Swaid's appeal is affirmed with modifications. Defense counsel to discuss modifications with Mag. Judge Brazil.