JOSEPH P. RUSSONIELLO (CABN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA 94612
    Telephone:  (510) 637-3709
    Facsimile:  (510) 637-3724
    Email: keslie.stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00126 MJJ |
| Plaintiff, | ) ) | UNITED STATES' STATUS MEMORANDUM |
| v. | ) ) | Hearing Date:  January 18, 2008 |
| HASSAN SWAID, et al., | ) | Hearing Time:  2:30 p.m. |
| Defendants. | ) ) | |

    The United States submits this memorandum for the status conference scheduled for the above date and time.

    **1.    Discovery**

    Since the departure of AUSA Bevan, the undersigned has begun reviewing the discovery to determine what additional materials need to be produced.  It appears upon cursory review that there may be an additional two boxes of discovery still to be produced.

    **2.    Request for Further Status/Trial Setting Conference**

    The government attempted to speak with counsel for each defendant in this case before

U.S. SENTENCING MEMORANDUM
No. CR 07-00126 MJJ

filing this memorandum. Counsel for defendants Swaid, Al Khalidi, and Rosemont Wholesale Inc. have filed a status memorandum requesting a status/setting conference in mid-March of this year. Counsel for defendant Basheer Mossleh Abdo Ammari indicated that she would object to a continuance to mid-March. Counsel for defendants Nabil Al Zoqari and Ammar Abdo Alamari have no objection to such a continuance. Ms. Pollock, counsel for Mohammed Aldhufri, indicated by voice message that she would not object to a continuance (although she did not specify the length of the continuance) because she has a four month trial currently scheduled before the Honorable Judge Chesney. The government joins in the request for a continuance to March 14 or the Court's next available date in Oakland given that government counsel has a trial set before the Honorable Judge Jensen beginning February 11, 2008, and needs additional time to provide the remaining discovery in this matter.

### 3. Exclusion of Time for Speedy Trial Act

The government believes an exclusion of any time between January 18, 2008 and the next scheduled appearance is appropriate pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) given the complexity of this matter and also pursuant to 18 U.S.C. § 3161(h)(8)(B(iv) given the outstanding discovery, the volume of discovery already produced and the need for additional time for all parties to effectively prepare, and the unavailability of government counsel and Ms. Pollock. All the defendants in this case are on pretrial release.

DATED: January 16, 2008         Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

                                      /s/
                                KESLIE STEWART
                                Assistant United States Attorney