Michael P. Thorman, State Bar No. 38980
Bonjour, Thorman, Baray & Billingsley
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400

Attorneys for Defendant Sufian Al-Khalidi

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,                    CR 07-00126 MJJ

              Plaintiff,

vs.                                          [PROPOSED] ORDER FOR
                                             MODIFICATION OF CONDITIONS OF
                                             PRE-TRIAL RELEASE

SUFIAN AL-KHALIDI,

              Defendant.

_____/

      Pursuant to the agreement of the parties and pre-trial services, and GOOD CAUSE

APPEARING,

      IT IS HEREBY ORDERED that the conditions of pre-trial release for Defendant

SUFIAN AL-KHALIDI are modified to allow him to travel to Las Vegas solely and exclusively

for business purposes.

Dated:                                       _____
                                             WAYNE BRAZIL
                                             MAGISTRATE/JUDGE