Law Offices Of

# BONJOUR, THORMAN, BARAY & BILLINGSLEY

A Professional Corporation
24301 SOUTHLAND DRIVE, SUITE 312
HAYWARD, CALIFORNIA 94545

JULES FREDERICK BONJOUR, JR.
MICHAEL P. THORMAN
CAMELLIA BARAY
DAVID BILLINGSLEY

Telephone
(510) 785-8400
Facsimile
(510) 670-0955

January 18, 2008

Honorable Wayne Brazil
1301 Clay Street
Oakland, CA 94612

**RE: United States of America vs. Sufian Al-Khalidi**
**No.: CR 07-00126 MJJ**

Dear Magistrate Judge Brazil,

    I am writing to request a modification of the terms of the release of my client, Sufian Al-Khalidi. He is currently out of custody on a $200,000 unsecured surety bond. Pursuant to a previous modification, his travel restrictions to the confines of the Northern District of California were modified to allow him to travel within the State of California for purposes of his employment.

    His employer now would like to send him periodically to Las Vegas, Nevada with the expectation that he might stay there for several days at a time. Mr. Al-Khalidi has discussed this with Paul Mamaril of pre-trial services, and reports to me that pre-trial services has no objection to this modification. I have talked with a AUSA Kelsie Stewart, who advises me she has no objection to this additional modification.

    Accordingly, I request an order from the court that would modify the conditions of Mr. Al-Khalidi's release to allow his travel to Las Vegas for employment purposes only. I have attached a proposed order for your signature.

Sincerely yours,

BONJOUR, THORMAN, BARAY
& BILLINGSLEY


Michael P. Thorman

MT/vf