UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America ) | |
| ) | CASE NO. CR-07-00126-DLJ |
| Plaintiff(s), ) | |
| -V- ) | NOTICE of Status |
| Hassan Swaid ) | Conference on 3/14/08 |
| Mohammed A. Aldhufri ) | **AT 11:00AM**. |
| Sufian Khalil Al Khalidi ) | |
| Mossleh Amari ) | |
| Basheer Mossleh Abdo Ammari ) | |
| Nabil Munasar Al Zoqari ) | |
| Rosemont Wholesale Inc. | |
| Ammar Abdo Almari | |
| Abdullah Al-Amari | |
| Defendant(s), | |

_____

TO:

**Keslie Anne Stewart**
U.S. Attorney's Office
1301 Clay Street, Suite 340S
Oakland, CA 94612


**Paul Delano Wolf**
Law Offices of Paul Delano Wolf
717 Washington St., 2nd Floor
Oakland, CA 94607

**Randy Sue Pollock**
Attorney at Law
2831 Telegraph Avenue
Oakland, CA 94609

**Michael Phillip Thorman**
Bonjour,Thorman, Baray & Billingsley
24301 Southland Drive,Suite 312
Hayward, CA 94545

**Juliana Drous**
Attorney at Law
214 Duboce Avenue
San Francisco, CA 94103

**Martha A. Boersch**
Attorney at Law
555 California St.,
26th Floor
San Francisco, CA 94104

**Julie Ann Salamon**
Arguedas, Cassman & Headley LLP
803 Hearst Avenue
Berkeley, CA 94710

**Harold J. Rosenthal**
Law Office of Harold J. Rosenthal
803 Hearst Avenue
Berkeley, CA 94710

**Bert Carter, Jr.**
Attorney at Law
1714 Franklin Street, Suite 101
Oakland, CA 94612

     YOU ARE HEREBY NOTIFIED THAT the above case was reassigned to Judge D. Lowell Jensen on February 15, 2008.

A Status Conference will be held before Judge D. Lowell Jensen on **Friday, March 14, 2008 at 11:00am [please note the time], in Courtroom 1, 4th Floor at 1301 Clay Street, Oakland California**.

Dated: February 21, 2008

By: *Frances Stone*

Frances Stone

Clerk to D. Lowell Jensen