**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  3/14/08
[11:37AM-11:43AM]

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                          **No.**  CR-07-00126-DLJ

**Defendant:**  Hassan Swaid [present; not in custody]
                 Mohammed A. Aldhufri [present; not in custody; Arabic interpreter]
                 Sufian Khalil Al Khalidi [present; not in custody]
                 Mossleh Amari [ present; not in custody]
                 Basheer Mossleh Abdo Ammari [present; not in custody; Arabic interpreter]
                 Nabil Munasar Al Zoqari [ present; not in custody; Arabic interpreter]
                 **Rosemont Wholesale, Inc**
                 Ammar Abdo Almari [present; not in custody; Arabic interpreter]
                 Abdullah Al-Amari [present, not in custody; Arabic interpreter]

**Appearances for AUSA:** Keslie Stewart

**Appearances for Defendant:**  Def Swaid- Paul Wolf
                                Def Aldhufri- Martha Boersch (for Randy Sue Pollock)
                                Def Khalidi- Michael Thorman
                                Def  Mossleh Amari- Juliana Drous
                                Def Basheer Ammari- Martha Boersch
                                Def Nabil  Al Zoqari- Julie Salamon
                                Def Rosemont Wholesale Inc.- Paul Wolf
                                Def Ammar Almari- Harold Rosenthal
                                Def Abdullah Al-Amari- Martha Boersch (for Bert Carter)

**Interpreter:** <u>Essam Elmagoop- Arabic Interpreter</u>

**Probation Officer:**


**Reason for Hearing:**            **Ruling:**

STATUS                             -HELD

**Notes:**

**Case Continued to**   4/18/08 AT 11:00AM     **for**  STATUS/SETTING

**Excludable Delay: Category: Begins:  3/14/08          Ends:** 4/18/08