```
LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
HASSAN SWAID
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HASSAN SWAID, et al.,<br><br>Defendant. | No. CR 07-00126 DLJ<br><br>STIPULATION FOR ORDER AND ORDER RELEASING PASSPORTS AND ALLOWING DEFENDANT TO TRAVEL |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Hassan Swaid may travel to Beirut, Lebanon, for twenty one (21) days. United States Pretrial Service Officer Paul Mamaril has advised Mr. Swaid's counsel that he does not oppose Mr. Swaid's travel proposed by this stipulation.

Mr. Swaid is further ordered, prior to his travel, to provide Pretrial Services with information regarding travel arrangements, including his itinerary and contact information where he may be reached in Beirut, Lebanon. In addition, Hassan Swaid is to communicate with the supervising Pretrial Services Officer immediately before, during, and immediately after his travel (as directed by Pretrial Services).

Finally, the Clerk of the Court, the Clerk is ordered to return Mr. Swaid's Sierra Leone passport to him or his

1 | attorney within three (3) days before he is to travel and that
2 | the defendant or his attorney return that passport to the Clerk
3 | as soon as possible upon his return from that travel. All other
4 | terms of Mr. Swaid's initial pretrial release shall remain in
5 | effect.
6 |     SO STIPULATED.
7 | 3/17/08
8 | Dated                     KESLIE STEWART
                            Assistant United States Attorney
10 | 3/17/08
11 | Dated                    PAUL DELANO WOLF
                            Attorney for Defendant
                            HASSAN SWAID

13 |     SO ORDERED.
14 | Dated                    HONORABLE WAYNE D. BRAZIL
                            United States District Judge

28 | STIPULATION FOR ORDER AND ORDER RELEASING
PASSPORTS AND ALLOWING DEFENDANT TO TRAVEL         - 2 -