UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

v.                                              **No.** CR-07-00126-DLJ

**Defendant:**  Hassad Swaid  [present; not in custody]
Mohammed A. Aldhufri  [present; not in custody; Arabic Int.]
Sufian Khalil Al Khalidi  [present; not in custody]
Mossleh Amari  [present; not in custody]
Basheer Mossleh Abdo Ammari  [present; not in custody; Arabic Int.]
Nabil Munasar Al Zoqari  [present; not in custody; Arabic Int.]
Rosemont Wholesale, Inc.
Ammar Abdo Almari  [present; not in custody; Arabic Int.]
Abdullah Al-Amari  [present; not in custody; Arabic Int.]

**Appearances for AUSA:**  Keslie Stewart

**Appearances for Defendant:**  Def Swaid:  Paul Wolf
Def Aldhufri:  Christy O'Connor for Randy Sue Pollock
Def Al Khalidi:  Michael Thorman
Def M. Amari:  Heather Hardwick for Juliana Drous
Def B. Ammari:  Christy O'Connor for Martha Boersch
Def Al Zoquari:  Susan Raffanti (now CJA attorney for deft)
Def Rosemont Wholesale Inc.:  Paul Wolf
Def Ammar A.. Almari:  Harold Rosenthal
Def Abdullah Al-Amari:  Bert Carter

**Interpreter:**  Mahmoud Kadura  (aka Mike Katoura); Arabic Interpreter

**Reason for Hearing:**            **Ruling:**
STATUS                              -HELD

**Case Continued to**    5/23/08 AT 11:00AM    for Status/Trial Setting

**Excludable Delay: Category: Begins:**  4/18/08        **Ends:** 5/23/08