Michael P. Thorman, SBN #63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
Tel: (510) 785-8400
Fax: (510) 670-0955
michael@btbandb.com

Attorney for Defendant
Sufian Al-Khalidi

# UNITED STATES DISTRICT COURT
# NORTHEN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HASSAN SWAID, ET AL,

    Defendants.

NO.: CR 07-00126 DLJ

STIPULATION TO MODIFY TERMS OF RELEASE FOR SUFIAN AL-KHALIDI; ORDER THEREON

IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America, by and through AUSA Keslie Stewart, and Defendant Sufian Al-Khalidi, by and through his attorney Michael P. Thorman, with the concurrence of Pretrial Services, by and through Paul Mamaral, that the terms of said defendant's release be modified to allow Sufian Al-Khalidi to travel to Amman, Jordan, departing on April 24, 2008 and returning May 16, 2008. As consideration for this stipulation, defendant has pledged his real property at 1258 Breckenridge St., San Leandro, CA. and filed an Obligation confirming same with the Clerk of the Court.

///
///

1

 IT IS FURTHER STIPULATED that to allow this travel, the Court allow the Clerk of the Court to return to Sufian Al-Khalidi his passport, which passport shall be returned to the Clerk by May 23, 2008.

DATED: 4/23/08          *(signed)*
                        AUSA KESLIE STEWART

DATED: _____      *(signed)*
                        MICHAEL P. THORMAN

DATED: _____      _____
                        PAUL MAMARAL

## ORDER

Pursuant to Stipulation of the parties, based on proof that defendant Sufian Al-Khalidi has posted a property bond on his residence, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the terms of said defendant's release are modified to allow his travel to Amman, Jordan on April 24, 2008, returning May 16, 2008.

IT IS FURTHER ORDERED that the Clerk of the Court shall return to defendant his passport for the purpose of this travel. Defendant shall surrender his passport to the Clerk of the Court upon his return, and in no event later than May 23, 2008.

DATED: _____

_____
MAGISTRATE-JUDGE WAYNE BRAZIL

2

stipulation, defendant has pledged his real property at 1258 Breckenridge St., San Leandro, CA. and filed an Obligation confirming same with the Clerk of the Court.

///

///

IT IS FURTHER STIPULATED that to allow this travel, the Court allow the Clerk of the Court to return to Sufian Al-Khalidi his passport, which passport shall be returned to the Clerk by May 23, 2008.

DATED: _____   _____
AUSA KESLIE STEWART

DATED: _____   _____
MICHAEL P. THORMAN

DATED: 4/23/08   _____
PAUL MAMARAL

## ORDER

Pursuant to Stipulation of the parties, based on proof that defendant Sufian Al-Khalidi has posted a property bond on his residence, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the terms of said defendant's release are modified to allow