**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  5/23/08**

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN          [**Time:** 11:00am - 11:28am]

**Plaintiff:**  United States

**v.**                                                                           **No.** CR-07-00126-DLJ

**Defendant:** Hassan Swaid [present; not in custody]
             Mohammed A. Aldhufri [present;  not in custody; Arabic int. needed]
             Sufian Khalil Al Khalidi [present; not in custody]
             Mossleh Amari  [present; not in custody
             Basheer Mossleh Abdo Ammari [present; not in custody; Arabic int. needed]
             Nabil Munasar Al Zoqari [present; not in custody; Arabic int. needed]
             Rosemont Wholesale, Inc.
             Ammar Abdo Almari [present; not in custody; Arabic int. needed]
             Abdullah Al-Amari [present; not in custody; Arabic int. needed]

**Appearances for AUSA:** Keslie Stewart

**Appearances for Defendant:** Def Swaid: Daniel Shriro for Paul Wolf
                 Def Aldhufri: Martha Boersch for Randy Sue Pollock
                 Def Al Khalidi: Michael Thorman
                 Def Mossleh Amari: Juliana Dross
                 Def Basheer Ammari: Martha Boersch
                 Def Nabil Al Zoqari: Susan Raffanti
                 Def Rosemont Wholesale, Inc.: Daniel Shriro for Paul Wolf
                 Def Ammar Almari: Susan Raffanti for Harold Rosenthal
                 Def Abdullah Al-Amari: Bert Carter

**Interpreter:** <u>Essam Elmahgoop- Arabic Interpreter</u>

**Reason for Hearing:**            **Ruling:**
**Status/Trial Setting**            -HELD

PAGE TWO-CONTINUED PAGE:     **5/23/08**

CR-07-00126-DLJ

**Case Continued to   9/29/08 AT 9:00AM     for  Defs Hassan Swaid     for 4-6 week Jury Trial**
                                          **Sufian Khalil Al Khalidi**
                                          **Rosemont Wholesale Inc.**

**Case Continued to     9/19/08 at 11:00AM  for Pretrial Conference  for  above Defendants**

**Case Continued to:  6/20/08 at 11:00AM       for Status for all defendants (except 3 above)**

For 3 Defs set for Trial:
**Excludable Delay: Category: Begins:   5/23/08       Ends: 9/29/08**

For all defs except 3 set for Trial:
**Excludable Delay: Category: Begins:   5/23/08       Ends: 6/20/08**