**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  6/20/08

**Clerk: Frances Stone**
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:**  United States

**v.**                                                                                             **No.** CR-07-00126-DLJ

**Defendant:** Mohammed A. Aldhufri [present; not in custody; Arabic Interpreter]
Mossleh Amari [present; not in custody]
Basheer Mossleh Abdo Ammari [present; not in custody; Arabic Interpreter]
Nabil Munasar Al Zoqari [present; not in custody; Arabic Interpreter]
Ammar Abdo Almari [present; not in custody; Arabic Interpreter]
Abdullah Al-Amari [present; not in custody; Arabic Interpreter

**Appearances for AUSA:** Keslie Stewart

**Appearances for Defendant:** Def Aldhufri: Randy Sue Pollock
Def Mossleh Amari- Heather Hardwick for Juliana Drous
Def Basheer Ammari- Randy Sue Pollock for Martha Boersch
Def Nabil Al Zoqari- Randy Sue Pollock for Susan Raffanti
Def Ammar Almari : Harold Rosenthal
Def Abdullah Al-Amari: Bert Carter

**Interpreter:** <u>Essam Elmahgoop- Arabic Interpreter</u>
**Probation Officer:**

**Reason for Hearing:**                  **Ruling:**
STATUS                                               -HELD
**Motion or Trial setting- Not held**

**Notes:**

**Case Continued to   7/25/08 at 11:00AM     for  Scheduling/Status (for above listed defts)**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**      **Opposition Due:**
**Case Continued to**                      for Pretrial Conference
**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:   6/20/08      Ends: 7/25/08**