UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  July 25, 2008


**Clerk: Frances Stone**
**Court Reporter: MARGO GURULE**

**Plaintiff:**  United States

v.                                                              **No.** CR-07-00126-DLJ

**Defendant:** Mohammed A. Aldhufri [present; not in custody; Arabic Interpreter]
  Mossleh Amari [present; not in custody]
  Basheer Mossleh Abdo Ammari [present; not in custody; Arabic Interpreter]
  Nabil Munasar Al Zoqari [present; not in custody; Arabic Interpreter]
  Ammar Abdo Almari [present; not in custody; Arabic Interpreter]
  Abdullah Al-Amari [present; not in custody; Arabic Interpreter]


**Appearances for AUSA:** Maureen Bessette (for Keslie Stewart)


**Appearances for Defendant:** Mohammed Aldhufri- Susan Raffanti for Randy Sue Pollock
  Mossleh Amari- Martha Boersch for Juliana Drous
  Bahseer Mossleh Abdo Ammari- Martha Boersch
  Nabil Munasar Al Zoqari-  Susan Raffanti
  Ammar Abdo Almari- Susan Raffanti for Harold Rosenthal
  Abdullah Al-Amari-  Bert Carter

**Interpreter :** Nabil Abdelfattah- Arabic Interpreter


| **Reason for Hearing:** | **Ruling:** |
|---|---|
| SCHEDULING/STATUS | -HELD |

**Notes:**

**Case Continued to  8/29/08 AT 11:00AM    for  STATUS OR CHANGE OF PLEAS**
                                                             (for above listed defts)
**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**       Opposition Due:
**Case Continued to**                          for Pretrial Conference
**Case Continued to**          for             Trial

**Excludable Delay: Category: Begins:  7/25/08        Ends: 8/29/08**