UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  8/29/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                              **No.** CR-07-00126-DLJ

**Defendant:** Mossleh Amari [present; not in custody]
  Basheer Mossleh Abdo Amari [present; not in custody; Arabic Interpreter]
  Ammar Abdo Almari [present; not in custody; Arabic Interpreter]
  Abdullah Al-Amair [present; not in custody; Arabic Interpreter]

**Appearances for AUSA:** Keslie Stewart


**Appearances for Defendant:** Deft Mossleh Amari- Martha Boersch for Juliana Drous
  Def Basheer Mossleh Abdo Amari- Martha Boersch
  Def Ammar Abdo Almari-  Harold Rosenthal
  Def Abdullah Al-Amari- Bert Carter


**Interpreter:** <u>Essam Elmahgoop- Arabic Interpreter</u>
**Probation Officer:**


**Reason for Hearing:**             **Ruling:**
**STAT**                            -HELD
**Change of Plea  - NOT HELD**

**Notes:**

**Case Continued to**    Tuesday 9/9/08 at 10:00am   for  Change of Plea- all defts


**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**       Opposition Due:
**Case Continued to**                         for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:  8/29/08           Ends: 9/9/08**