

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*
*PHONE: (510) 637-3709*
*FAX: (510) 637-3724*
Keslie.Stewart@usdoj.gov

September 11, 2008


Hon. D. Lowell Jensen
United States District Court
Northern District of California
1301 Clay Street, Courtroom No. 1
Oakland, CA 94612


Re:   *United States v. Hassan Swaid et al., CR 07-00126 DLJ*

Dear Hon. Judge Jensen:

      The parties jointly request that this matter be placed on your calendar at the Court's earliest convenience to address a potential conflict that has arisen. Both Mr. Wolf and I are available tomorrow morning.

      As you know, Mr. Wolf currently represents both Hassan Swaid and co-defendant Rosemont Wholesale, Inc., in this matter. In a letter dated August 29, 2008, Mr. Wolf indicated that he has recently become concerned that a conflict may arise at trial regarding these two clients. A copy of that letter is enclosed. Mr. Wolf has explained to me in person that he believes that an argument could be made that because Mr. Swaid was out of the country for large periods of time over the last few years, that Mr. Swaid was not fully aware of any criminal conduct by Rosemont's other employees. Given that Mr. Swaid is the only officer listed on incorporation documents for Rosemont, this may be something that can be resolved by waiver. However, given the importance of ensuring that each defendant has conflict-free counsel, the parties would like to put this matter on calendar to address and resolve any potential conflicts before trial begins on September 29, 2008.

/ / /

/ / /

/ / /

/ / /

    I can be reached directly with any questions at (510) 637-3709.  Thank you very much for you attention to this matter.

                          Very truly yours,

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

                          KESLIE STEWART
                          Assistant United States Attorney

Enclosure

cc:    Paul Wolf, Esq.

LAW OFFICES OF PAUL DELANO WOLF

PAUL DELANO WOLF
LYNN M. KESLAR

A PROFESSIONAL CORPORATION
EVERS BUILDING
717 WASHINGTON STREET
OAKLAND, CALIFORNIA 94607
(510) 451-4600
FAX (510) 451-3002

August 29, 2008

VIA FAX (510) 637-3724
AND MAIL

Keslie Stewart, Esq.
Assistant United States Attorney
1301 Clay Street
Oakland, CA 94612

Re: United States v. Hassan Swaid, et al.
Case Number CR 07-00126 DLJ

Dear Keslie:

As I told you by telephone last Friday night after I received your faxed letter of that date, I do not represent nor have I ever agreed to represent Tanal Basma, or Quoc Le. Indeed, I have never seen nor spoken with Mr. Le as far as I am aware. I cannot understand how anyone could say that I did represent either of them. To the extent you expressed concern about Raniah Swaid's representation, I have never represented or agreed to represent her and will not in the future.

On the other hand, I share your concern with any joint representation of the two named defendants, Hassan Swaid and Rosemont Corporation. I do not recall exactly what I said to the government or the Court(s) about that joint representation "at the beginning of the case;" but as we approach trial and the anticipated evidence as well as its impact on the Judge and jury at trial becomes so much clearer, I am not sure at all that "these clients have identical interests" (if indeed that is what I said more than a year ago). What I did promise doing at that time is summarized in the last sentence at the bottom of the single page of the enclosed Clerk's Minutes from an appearance before Magistrate Brazil on May 31, 2007. I am not now declaring that a conflict has arisen but rather that I am concerned one may arise during trial.

I also discussed this concern with you during our telephone conference last Friday (August 22) afternoon. I repeat my request that the government dismiss Rosemont Corporation as a defendant insofar as its debts far exceed its assets and there is

Keslie Stewart, Esq.
Assistant United States Attorney

August 29, 2008
Page two


no reason to believe that financial state will ever reverse or the company will operate again in the future. By convicting Rosemont Corporation, all the government would accomplish is the assessment of financial penalties that the corporation will never be able to pay. Per your request during that telephone conference, we are attempting to obtain appropriate document(s) that we hope will satisfy you (the government) of Rosemont's total lack of assets and negative worth. Such will be forwarded as soon as possible. However, as the commencement of trial is just a month away, I urge you to consider this request in order to avoid the possibility that conflict between Rosemont and Hassan Swaid arises at trial creating acute problems and delays during trial and/or difficult issues if there is an appeal.

                                        Very truly yours,

                                        Paul Delano Wolf

PDW:mr
Enclosure
pc: Michael Thorman, Esq.