UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

FILED
SEP 09 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 9/9/08

Case No: CR-07-00126-DLJ
Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO
Clerk: Frances Stone

Defendant(s): AMMAR ABDO ALMARI  Present? Y  In Custody? N
Defense Counsel: HAROLD ROSENTHAL

US Attorney: KESLIE STEWART
Interpreter: ARABIC — ESSAM ELMAHGOOP
US Probation Officer:

Reason for Hearing: CHANGE OF PLEA

Ruling: — HELD
GUILTY PLEA TO COUNTS 1 AND 2 OF SUPERSEDING INFORMATION
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED.

Notes: DEF ARRAIGNED ON SUPERSEDING INFORMATION - HELD  NOT GUILTY PLEA
WAIVER OF INDICTMENT - SIGNED IN COURT

Case continued to: 12/19/08 AT 10AM for SENTENCING

CC: PROBATION