O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 0 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
V.
AMMAR ABDO ALAMARI

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-00126 DLJ

I, __Ammar Abdo Alamari__, the above named defendant, who is accused of conspiracy to transport stolen goods in interstate commerce and structuring currency transactions for the purpose of evading currency reporting requirements at domestic financial institutions, in violation of 18 U.S.C. Section 371; and structuring transactions for the purpose of evading currency reporting requirements, in violation of 31 U.S.C. Section 5324(a)(3);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __September 9, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____  9-9-08
       Judicial Officer